NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6683
     Facsimile: (213) 894-6269
     Email:    Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar. No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone:  (714) 338-3598
     Facsimile:  (714) 338-3708
     Email:    Brett.Sagel@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SEARCH WARRANT FOR<br><br>Ten Digital Devices in the Custody of the Internal Revenue Service – Criminal Investigation | No. 8:19-MJ-419<br><br>[PROPOSED] ORDER SEALING DOCUMENTS<br><br>**(UNDER SEAL)** |

For good cause shown, IT IS HEREBY ORDERED that the search warrant and all attachments thereto, the application for the search warrant and all attachments thereto, as well as the ex parte application for order sealing documents, the memorandum of points and authorities, the declaration of Julian L. André, and this Court's sealing order, and all documents subsequently filed under this same case number until such time as a unsealing order is issued, shall be kept under seal until further order of the Court,

1

or until the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, at which time they may be produced to defense counsel. The executing agents or officers are permitted to provide a copy of the search warrant as required by Federal Rule of Criminal Procedure 41(f).

May 24, 2019
DATE                                HONORABLE DOUGLAS F. McCORMICK
                                    UNITED STATES MAGISTRATE JUDGE

   IN CASE OF DENIAL:

   The government's application for an order sealing documents is DENIED.  The underlying documents and the sealing application shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

   IT IS SO ORDERED.


DATE                                HONORABLE DOUGLAS F. MCCORMICK
                                    UNITED STATES MAGISTRATE JUDGE

Presented by:

JULIAN L. ANDRÉ
BRETT A. SAGEL
Assistant United States Attorneys

2